# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 113

| | |
|---|---|
| **JUSTIN BEAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NC DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *Division of* State ) | |
| Operated Healthcare Facilities, Black ) | |
| Mountain Neuro-Medical Treatment Center ) | |
| ) | |
| **Defendant.** ) | |

This matter is sua sponte before the Court. On May 16, 2018, the Court granted a joint motion for extension of time in which to complete mediation [# 19]. The court gave the parties through June 15, 2018, to complete mediation. As of the date of this filing, neither party (nor the mediator) has submitted a notice of the outcome of mediation.

Therefore, the Court **ORDERS** the parties to file a notice of the outcome of mediation in this case. The parties shall have through **August 17, 2018**, to comply with this Order.

Signed: August 7, 2018

Dennis L. Howell
United States Magistrate Judge