# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 113

| | |
|---|---|
| **JUSTIN BEAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **N.C. DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *Division of* State ) | |
| Operated Healthcare Facilities, Black Mountain ) | |
| Neuro-Medical Treatment Center, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court *sua sponte*.

A Report of Mediator filed on September 29, 2018 advised that, following a settlement conference and some post-conference negotiations, the parties had reached an agreement to resolve this matter completely. See (Doc. 23).

An agreement for entry of judgment or a stipulation of dismissal was to be filed by October 31, 2018.

On October 31, 2018, the parties filed a Joint Motion for Extension of Time to File Stipulation of Dismissal (Doc. 24). The motion reported that "Defendant experienced some administrative delays in getting the agreement signed and implementing the terms of the agreement" but that the parties believed those issues had been resolved. The parties requested an additional thirty days within which to file a stipulation of dismissal.

On November 5, 2018, the undersigned granted the joint motion and allowed the

parties an additional thirty days to file a stipulation of dismissal. See (Doc. 25).

However, the parties' extended deadline (December 5, 2018) has now passed and the parties have not filed a dismissal or provided the Court with any additional information regarding the status of this matter.

The parties are therefore **DIRECTED** to file a stipulation of dismissal or other closing document on or before January 22, 2019. Failure to make such a filing will result in the dismissal of this matter without prejudice.

Signed: January 10, 2019

W. Carleton Metcalf
United States Magistrate Judge