# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JUSTIN BEAL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00113-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| NC DEPARTMENT OF HEALTH AND HUMAN SERVICES, Division of State Operated Healthcare Facilities, Black Mountain Neuro-Medical Treatment Center, | ) ) ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 18, 2019 Order.

April 18, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court